L. C. DILKS v. COMMISSIONER OF INTERNAL REVENUE.

No. 4898.

Circuit Court of Appeals, Seventh Circuit.

Jan. 30, 1934.

Donald Horne, of New York City, for petitioner.

J. P. Jackson, of Washington, D. C., for respondent.

Before EVANS, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel, and this cause now comes on to be heard on the printed record and briefs of counsel, and on oral arguments. On consideration whereof, it is now here ordered and adjudged by this court that the decision entered in this cause on June 7,

1929, by the United States Board of Tax Appeals, be, and the same is hereby, affirmed.